THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES HERNANDEZ, et al., ) | |
| Plaintiffs, ) | |
| ) | Case No. 98 C 3100 |
| ) | |
| BETTY LOREN-MALTESE, ) | Honorable Judge Gottschall |
| Former President of the ) | |
| TOWN OF CICERO, et. al. ) | |
| ) | |
| Defendants. ) | |

## BETTY LOREN-MALTESE'S RENEWED MOTION FOR JUDGMENT

Betty Loren-Maltese, by her attorney, Keith L. Hunt of Hunt & Associates, P.C., moves the Court pursuant to Federal Rule of Civil Procedure 50(b), for judgment in its favor and against Plaintiffs, and in support states:

At the close of Plaintiffs' case at trial and after Plaintiffs rested their case, Defendants made a written motion for Judgment as a Matter of Law. The Court took Loren-Maltese's motion under advisement but never ruled. Loren-Maltese renews her motion for a judgment as a matter of law and incorporates by reference the arguments, points and authorities made at the close of Plaintiffs' case. (Exhibit A).

WHEREFORE, for the foregoing reasons, Betty Loren-Maltese respectfully requests that the Court grant this motion and enter judgment as a matter of law in her favor and against Plaintiffs.

Respectfully submitted,

By:   /s/ Keith L. Hunt (electronically filed)
       Keith L. Hunt

Keith L. Hunt
Hunt & Associates, PC
70 West Madison
Suite 2100
Chicago, Illinois 60602
(312) 558-1300
khunt@huntassoclaw.com

## CERTIFICATE OF SERVICE

I, Keith Hunt, certify that I caused a copy of the foregoing Betty Loren-Maltese's Renewed Motion for Judgment was filed and served electronically through the Court's CM/ECF Electronic Filing System and associated e-mail system on all counsel of record on May 16, 2007.

By: */s/* Keith L. Hunt *electronically filed*
Keith L. Hunt