IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDITH VELASQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 98 C 31000 |
| | ) The Honorable Joan B. Gottschall |
| BETTY LOREN-MALTESE, and | ) |
| THE TOWN OF CICERO, | ) |
| | ) |
| Defendants. | ) |

### THE TOWN OF CICERO'S RENEWED
### MOTION FOR JUDGMENT AFTER TRIAL

The Town of Cicero ("Cicero"), by its attorneys, George S. Spataro and K. Austin Zimmer of Giglio & Del Galdo, LLP, moves the Court pursuant to Federal Rule of Civil Procedure 50(b), for judgment in its favor and against Plaintiff, Judith Velasquez, and in support states:

### I.
### PRELIMINARY STATEMENT

At the close of Plaintiff's case on trial and after Plaintiff rested her case, Cicero presented a written Motion for Judgment as a Matter of Law. The Court took Cicero's motion under advisement without ruling. Then, Defendants presented their case in defense of Plaintiff's claims, and thereafter Defendants rested their case. Cicero now, pursuant to Federal Rule of Civil Procedure 50(b), renews its Motion for a Judgment as a Matter of Law.

# II.
# ARGUMENT

Cicero restates the matters and arguments contained in its Federal Rule of Civil Procedure 50(a) Motion as and for this Federal Rule of Civil Procedure 50(b) Motion. Additionally, Cicero submits this motion together with its motions pursuant to Federal Rule of Civil Procedure 59.

WHEREFORE, Cicero requests the Court to grant this Motion and enter Judgment as a Matter of Law in its favor and against Plaintiff, Judith Velasquez.

    Respectfully submitted,

    Giglio & Del Galdo, LLP

    By:    s/ *George S. Spataro*
            George S. Spataro, Esq.

    By:    s/*K. Austin Zimmer*
            K. Austin Zimmer, Esq.

George S. Spataro, Esq. #3126416
K. Austin Zimmer, Esq. #6276227
Giglio & Del Galdo, LLP
10526 W. Cermak Road, Suite 300
Westchester, Illinois  60154
(708) 531-8800